AUG-27-2012 03:22  TAYLOR RYAN  918 745 9551  P.02
FEB-11-2011 03:11PM  FROM-NEELY INSURANCE  918-941-0678  T-078  P.004/010  F-449

## IN THE DISTRICT COURT FOR ROGERS COUNTY
## STATE OF OKLAHOMA

FILED IN THE ...
JAN 27 2011

CAROL CZA... ... CLERK

| | |
|---|---|
| RHONDA OLIVERA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CJ-2011-70 |
| LINDA MOORE, | ) |
| Defendant. | ) |

DEPUTY

### PETITION

COMES NOW the Plaintiff Rhonda Olivera, by and through her attorneys Bret A. Smith and Rick Paynter and for her cause of action against the Defendant alleges and states as follows:

1. That the accident which is the subject matter of this litigation occurred in Rogers County, Oklahoma on the 1st day of April, 2009.

2. That the Defendant negligently failed to yield the right of way to Plaintiff causing the collision with Plaintiff Rhonda Olivera's vehicle.

3. That the Defendant's negligence was the direct and proximate cause of the personal injuries sustained by the Plaintiff.

4. That the Defendant Linda Moore received a citation for failure to yield indicating negligence per se.

5. That the Plaintiff sustained severe physical injuries, pain and suffering, and medical bills due to the negligence of the Defendant Linda Moore.

WHEREFORE, premises considered, Plaintiff Rhonda Olivera prays that she have Judgment against the Defendant Linda Moore in an amount in excess of Seventy Five Thousand Dollars

EXHIBIT 1

Case 4:12-cv-00487-GKF-FHM Document 2-1 Filed in USDC ND/OK on 08/28/12 Page 2 of 2
AUG-27-2012 03:23 TAYLOR RYAN 918-745-9504

FEB-11-2011 03:11PM FROM-NEELY INSURANCE 918-341-0676 T-076 P.005/010 F-449

individually for personal injuries, pain and suffering, and medical bills and any further relief to which she may be entitled.

BRET A. SMITH, OBA# 14521
RICK PAYNTER, OBA#11149
Post Office Box 2250
Muskogee, OK 74402
(918) 687-0011

ATTORNEY LIEN CLAIMED

TOTAL P.003