RECEIVED
JUL 23 2012
RICHARDS & CONNOR

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

JUL 16 2012

CANDI CZAPANSKY, COURT CLERK

_____
DEPUTY

IN THE DISTRICT COURT OF ROGERS COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| RHONDA OLIVERA, | ) |
| Plaintiff, | ) |
| vs. | ) Case no. CJ-2011-70 |
| LINDA MOORE and AMERICAN COMMERCE INSURANCE COMPANY, | ) |
| Defendants. | ) |

## MOTION TO DISMISS

COMES NOW the Plaintiff, by and through her attorneys Bret A. Smith and Rick Paynter, and moves this Court for a dismissal with regard to Defendant Linda Moore only and in support of her Motion states as follows:

1. Plaintiff settled her personal injury claim against the Defendant Linda Moore.

2. Plaintiff continues to have an action against the Defendant American Commerce Insurance Company.

WHEREFORE, comes now the Plaintiff and respectfully request that the action against the Defendant Linda Moore only be dismissed and for any and all relief to which she may be entitled.

_____
BRET A. SMITH, OBA#14521
RICK PAYNTER, OBA#11149
Post Office Box 2250
Muskogee, OK 74402
(918) 687-0011

EXHIBIT 3

CERTIFICATE OF MAILING

    I hereby certify that I placed a copy of the foregoing in the U. S. Mail, postage prepaid on this the _____ day of July, 2012 Ashley M. Bibb, 1437 S. Boulder, Tulsa, OK 74119 and Phil R. Richards, 525 S. Main, 12th Floor, Tulsa, OK 74103.

_____
BRET A. SMITH