RECEIVED
JUL 3 0 2012
RICHARDS & CONNOR

IN THE DISTRICT COURT FOR ROGERS COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA
JUL 26 2012
CANDI CZAPANSKY, COURT CLERK
_____ DEPUTY

| | |
|---|---|
| RHONDA OLIVERA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CJ-2011-70 |
| LINDA MOORE and AMERICAN COMMERCE INSURANCE COMPANY, | ) |
| Defendants. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, by and through her attorneys Bret A. Smith and Rick Paynter and hereby dismisses her cause of action against the Defendant Linda Moore only. Plaintiff continues to have an action against the Defendant American Commerce Insurance Company.

_____
Bret A. Smith, OBA#14521
Rick Paynter, OBA#11149
Post Office Box 2250
Muskogee, OK 74402
(918) 687-0011

## CERTIFICATE OF MAILING

I hereby certify that I placed a copy of the foregoing in the U.S. mail, postage prepaid on this the 25th day of July, 2012 upon Ashley M. Bibb, 1437 S. Boulder, Tulsa, OK 74119 and Phil R. Richards, 525 S. Main, 12th Floor, Tulsa, OK 74103.

_____

EXHIBIT 4