PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION



# QUARTERLY STATEMENT

As of March 31, 2012

of the Condition and Affairs of the

# American Commerce Insurance Company

NAIC Group Code.....0411,   0411   NAIC Company Code..... 19941   Employer's ID Number..... 31-4361173
(Current Period) (Prior Period)

Organized under the Laws of OHIO   State of Domicile or Port of Entry  OHIO   Country of Domicile   US

Incorporated/Organized..... September 18, 1946   Commenced Business..... March 19, 1947

Statutory Home Office   3590 TWIN CREEKS DRIVE..... COLUMBUS ..... OH ..... 43218-2579
(Street and Number)      (City or Town, State and Zip Code)

Main Administrative Office   211 MAIN STREET..... WEBSTER ..... MA ..... 01570   508-943-9000
(Street and Number)      (City or Town, State and Zip Code)   (Area Code) (Telephone Number)

Mail Address   211 MAIN STREET..... WEBSTER ..... MA ..... 01570
(Street and Number or P. O. Box)      (City or Town, State and Zip Code)

Primary Location of Books and Records   211 MAIN STREET..... WEBSTER ..... MA ..... 01570   508-943-9000
(Street and Number)      (City or Town, State and Zip Code)   (Area Code) (Telephone Number)

Internet Web Site Address   www.acilink.com

Statutory Statement Contact   BRIAN KEITH GERMAIN   508-943-9000-14942
(Name)      (Area Code) (Telephone Number) (Extension)

bgermain@mapfreusa.com   508-949-4246
(E-Mail Address)      (Fax Number)

## OFFICERS

| | Name | Title | | Name | Title |
|---|---|---|---|---|---|
| 1. | JAIME  TAMAYO | PRESIDENT & CEO | 2. | DANIEL PATRICK OLOHAN | SECRETARY, GENERAL COUNSEL, & SVP |
| 3. | ROBERT EDWARD MCKENNA | TREASURER, CAO, & SVP | 4. | RANDALL VAUGHN BECKER | EXECUTIVE VICE PRESIDENT & CFO |

## OTHER

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| RANDALL VAUGHN BECKER | DENNIS JOHN CROSSLEY | GERALD  FELS | FREDERICK LAWRENCE GRUEL |
| JOHN DAVID PORTER | MARK ALLEN SHAW | MARK HARRY SHAW | JAIME  TAMAYO |
| DAVID HILL COCHRANE | KIRK RICHARD NELSON | | |

State of........   MASSACHUSETTS
County of.....   WORCESTER

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC *Annual Statement Instructions* and *Accounting Practices and Procedures* manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively.  Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that  is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement.  The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| JAIME  TAMAYO | DANIEL PATRICK OLOHAN | ROBERT EDWARD MCKENNA |
| 1. (Printed Name) | 2. (Printed Name) | 3. (Printed Name) |
| PRESIDENT & CEO | SECRETARY, GENERAL COUNSEL, & SVP | TREASURER, CAO, & SVP |
| (Title) | (Title) | (Title) |

Subscribed and sworn to before me   a. Is this an original filing?   Yes [ X ]   No [  ]
This _____ day of _____

b. If no:   1. State the amendment number _____
            2. Date filed _____
            3. Number of pages attached _____



EXHIBIT

5