**OSCN** — THE OKLAHOMA STATE COURTS NETWORK — www.oscn.net

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY, OKLAHOMA

| | |
|---|---|
| Rhonda Olivera<br><br>vs.<br><br>Linda Moore and American Commerce Insurance Company | No. CJ-2011-70<br>(Civil relief more than $10,000: AUTO NEGLIGENCE)<br><br>Filed: 01/27/2011<br><br>Judge: Post, Dynda R. |

## Parties

American Commerce Insurance Company , Defendant
Moore, Linda , Defendant
Olivera, Rhonda , Plaintiff

## Attorneys

| Attorney | Represented Parties |
|---|---|
| Pence, E Kathleen(Bar # 30902)<br>Richards & Connor<br>12th Floor, Park Centre Building<br>525 S Main Street<br>Tulsa, OK 74103 | American Commerce Insurance Company, |
| Richards, Phil R.(Bar # 10457)<br>12TH FL. - PARK CENTRE BLDG.<br>525 S. MAIN ST.<br>TULSA, OK 74103 | American Commerce Insurance Company, |
| Smith, Bret A.(Bar # 14521)<br>Post Office Box 2250<br>Muskogee, OK 74402 | Olivera, Rhonda |
| TAYLOR, ROBERT(Bar # 8879)<br>1437 S BOULDER AVE<br>SUITE 850<br>TULSA, OK 74119 | Moore, Linda |

## Events

EXHIBIT 6

Case 4:12-cv-00487-GKF-FHM   Document 2-6 Filed in USDC ND/OK on 08/28/12   Page 2 of 5

OCIS Case Summary for CJ-2011-70- Olivera, Rhonda vs. Moore, Linda e...   Page 2 of 5

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Wednesday, August 15, 2012 at 9:30 AM MOTION TO ENFORCE SETTLEMENT (MOT) | | Dynda R. Post | |

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Issue # 1.

Party Name:

Issue: AUTO NEGLIGENCE (AUTONEG)
Filed by: Olivera, Rhonda
Filed Date: 01/27/2011
**Disposition Information:**

Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 01-27-2011 | TEXT | 1 | | 4652173 | Jan 27 2011 1:44:54:543PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 01-27-2011 | AUTONEG | - | | 4652175 | Jan 27 2011 1:44:54:583PM | Realized | $ 0.00 |
| | AUTO NEGLIGENCE | | | | | | |
| 01-27-2011 | DMFE | - | | 4652176 | Jan 27 2011 1:44:54:593PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 01-27-2011 | PFE1 | - | | 4652177 | Jan 27 2011 1:44:54:593PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | |
| 01-27-2011 | PFE7 | - | | 4652178 | Jan 27 2011 1:44:54:593PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 01-27-2011 | OCISR | - | | 4652179 | Jan 27 2011 1:44:54:593PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 01-27-2011 | LTF | - | | 4652180 | Jan 27 2011 1:44:54:683PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 01-27-2011 | SMF | - | | 4652181 | Jan 27 2011 1:44:54:743PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | | |

Case 4:12-cv-00487-GKF-FHM   Document 2-6 Filed in USDC ND/OK on 08/28/12   Page 3 of 5

OCIS Case Summary for CJ-2011-70- Olivera, Rhonda vs. Moore, Linda e...   Page 3 of 5

| Date | Code | | Number | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 01-27-2011 | SMIMA | - | 4652182 | Jan 27 2011 1:44:54:773PM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | |
| 01-27-2011 | REQ | - | 4652219 | Jan 27 2011 1:54:30:703PM | - | $ 0.00 |
| | PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT | | | | | |
| 01-27-2011 | I | - | 4652224 | Jan 27 2011 1:55:18:953PM | - | $ 0.00 |
| | PLAINTIFF'S INTERROGATORIES TO DEFENDANT | | | | | |
| 01-27-2011 | TEXT | - | 4652174 | Jan 27 2011 1:44:54:553PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE POST, DYNDA R. TO THIS CASE. | | | | | |
| 01-27-2011 | ACCOUNT | - | 4652228 | Jan 27 2011 1:56:08:373PM | - | $ 0.00 |
| | RECEIPT # 2011-317977 ON 01/27/2011.<br>PAYOR:BRET A SMITH ATTY AT LAW TOTAL AMOUNT PAID: $211.00.<br>LINE ITEMS:<br>CJ-2011-70: $168.00 ON AC01 CLERK FEES.<br>CJ-2011-70: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2011-70: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2011-70: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2011-70: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | | | |
| 02-16-2011 | SMS | - | 4668869 | Feb 16 2011 2:28:00:223PM | - | $ 0.00 |
| | SUMMONS RETURNED, SERVED: CERT. RCT. SIGNED BY LINDA MOORE 2-11-2011 | | | | | |
| 03-02-2011 | EAA | - | 4685484 | Mar 2 2011 4:22:52:880PM | - | $ 0.00 |
| | ENTRY OF APPEARANCE | | | | | |
| 03-25-2011 | A | - | 4712317 | Mar 25 2011 2:13:38:640PM | - | $ 0.00 |
| | ANSWER | | | | | |
| 03-25-2011 | TEXT | - | 4712318 | Mar 25 2011 2:15:19:370PM | - | $ 0.00 |
| | INTERROGATORIES | | | | | |
| 03-25-2011 | REQ | - | 4712321 | Mar 25 2011 2:15:45:580PM | - | $ 0.00 |
| | DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS | | | | | |

Case 4:12-cv-00487-GKF-FHM   Document 2-6 Filed in USDC ND/OK on 08/28/12   Page 4 of 5

OCIS Case Summary for CJ-2011-70- Olivera, Rhonda vs. Moore, Linda e...   Page 4 of 5

| Date | Code | | Number | Timestamp | | Amount |
|---|---|---|---|---|---|---|
| 06-03-2011 | RESP | - | 4791287 | Jun 3 2011 1:37:06:283PM | - | $ 0.00 |
| | DEFENDANT LINDA MOORE'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS | | | | | |
| 06-03-2011 | RESP | - | 4791289 | Jun 3 2011 1:37:20:133PM | - | $ 0.00 |
| | DEFENDANT LINDA MOORE'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES | | | | | |
| 07-01-2011 | RESP | - | 4828086 | Jul 1 2011 2:52:54:733PM | - | $ 0.00 |
| | DEFENDANT LINDA MOORE'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES | | | | | |
| 05-03-2012 | MO | - | 5204651 | May 3 2012 3:45:28:543PM | - | $ 0.00 |
| | DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT | | | | | |
| 05-15-2012 | MO | - | 5217743 | May 15 2012 4:14:36:337PM | - | $ 0.00 |
| | DEFENDANT'S SUPPLEMENT TO MOTION TO ENFORCE SETTLEMENT AGREEMENT | | | | | |
| 05-21-2012 | AM | - | 5222987 | May 21 2012 11:39:18:253AM | - | $ 0.00 |
| | AMENDED PETITION | | | | | |
| 05-21-2012 | SMF | - | 5222988 | May 21 2012 11:39:47:663AM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | |
| 05-21-2012 | ACCOUNT | - | 5222989 | May 21 2012 11:40:07:703AM | - | $ 0.00 |
| | RECEIPT # 2012-363009 ON 05/21/2012. PAYOR:BRET A. SMITH TOTAL AMOUNT PAID: $5.00. LINE ITEMS: CJ-2011-70: $5.00 ON AC01 CLERK FEES. | | | | | |
| 06-25-2012 | APLI | - | 5266318 | Jun 25 2012 11:16:03:010AM | - | $ 0.00 |
| | APPLICATION FOR HEARING | | | | | |
| 06-26-2012 | A | - | 5268492 | Jun 26 2012 11:43:23:337AM | - | $ 0.00 |
| | ANSWER | | | | | |
| 06-27-2012 | SMS | - | 5271325 | Jun 27 2012 3:47:57:623PM | - | $ 0.00 |
| | SUMMONS RETURNED, SERVED: AMERICAN COMMERCE INS. CO. 5/30/12 | | | | | |

Case 4:12-cv-00487-GKF-FHM   Document 2-6 Filed in USDC ND/OK on 08/28/12   Page 5 of 5

OCIS Case Summary for CJ-2011-70- Olivera, Rhonda vs. Moore, Linda e...   Page 5 of 5

| Date | Code | | Doc # | Timestamp | | Amount |
|---|---|---|---|---|---|---|
| 06-28-2012 | O | - | 5273274 | Jun 28 2012 4:30:20:190PM | - | $ 0.00 |
| | ORDER - 8/15/12 9:30 AM | | | | | |
| 07-13-2012 | MO | - | 5289609 | Jul 13 2012 12:31:55:443PM | - | $ 0.00 |
| | MOTION TO WITHDRAW AS COUNSEL OF RECORD | | | | | |
| 07-16-2012 | MOD | - | 5291251 | Jul 16 2012 12:49:17:577PM | - | $ 0.00 |
| | MOTION TO DISMISS | | | | | |
| 07-16-2012 | O | - | 5292203 | Jul 16 2012 4:46:44:577PM | - | $ 0.00 |
| | ORDER ALLOWING WITHDRAWAL AS COUNSEL OF RECORD OF WHITNEY R. MAULDIN | | | | | |
| 07-18-2012 | EAA | - | 5296613 | Jul 18 2012 4:00:20:720PM | - | $ 0.00 |
| | ENTRY OF APPEARANCE | | | | | |
| 07-26-2012 | DWP | - | 5308843 | Jul 26 2012 4:00:21:260PM | - | $ 0.00 |
| | DISMISSAL WITH PREJUDICE | | | | | |
| 08-16-2012 | CTFREE | - | 5336733 | Aug 16 2012 8:37:55:060AM | - | $ 0.00 |
| | (MINUTE OF 8-15-2012) POST: STRICKEN. | | | | | |

Report Generated by The Oklahoma Court Information System at August 27, 2012 15:36 PM

End of Transmission.