IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA OLIVERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-CV-487-GKF-FHM |
| ) | |
| AMERICAN COMMERCE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant ) | |

## JUDGMENT

This Court has granted the joint motion to remand. (Doc. #11). Judgment is entered to remand the case to state court.

DATED this 2nd day of October, 2012.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT